IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>annualcreditreportmonitoring.com, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:18-cv-453 (AJT/MSN) |

## ORDER

This matter is before the Court on the Report & Recommendation [Doc. No. 18] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. No. 14] be granted; that an Order be entered directing that current domain registrar VeriSign, Inc. change the registrar of record for each Defendant Domain Name to GoDaddy.com LLC and that GoDaddy.com take the necessary steps to have Plaintiff listed as the registrant for the domain names; and that Count II of the Complaint be dismissed. The Magistrate Judge advised the parties that objections to Report and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 18] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 14] be, and the same hereby is, GRANTED; and it is further

ORDERED that VeriSign, Inc. be, and the same hereby is, DIRECTED to change the registrar of record for each Defendant Domain Name to GoDaddy.com LLC; and that GoDaddy.com take the necessary steps to have Plaintiff listed as the registrant for the domain names; and it is further

ORDERED that Count II of the Complaint be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 2, 2019